[No. 15189-8-II.   Division Two.   April 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
A. CRISMAN II, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-00034-6, Rosanne Buckner, J., entered

June 27, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.